IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                              Court No. 1:18CR083-LG-JCG-001

RONRECO LASHAWN BROUGHTON

<u>ORDER GRANTING UNITED STATES OF AMERICA'S MOTION [#42]
TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT</u>

THIS CAUSE came on for consideration upon the United States of America's Motion [#42], pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting that the Court order the Bureau of Prisons to turn over $1,000.00 to the Clerk of Court from funds held in Ronreco Lashawn Broughton's inmate trust account as payment for the criminal monetary penalties imposed in this case.

As set forth in the United States' Motion, the Bureau of Prisons maintains in its possession, custody, or control, over and above, $1,000.00 in funds belonging to Broughton that are currently in his inmate trust account. For the reasons stated in the motion, the Court finds the motion is well-taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion to Authorize Payment from Inmate Trust Account is GRANTED;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201, and the Clerk of Court shall accept $1,000.00 in funds currently held in the inmate trust account for the following inmate:

Ronreco Lashawn Broughton - Register No. 21027-043

The Clerk of Court shall apply these funds as payment toward the criminal monetary penalties owed by Defendant in this case.

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge